1
2
3
4
5
6

CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Christopher Seabock, Esq., SBN 279640
Sarah Anastasi, Esq., SBN 322091
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
ChrisS@potterhandy.com

Attorneys for Plaintiff

7
8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15

**Andres Gomez**,
    Plaintiff,
v.
**Kieu Hoang Winery, LLC**, a California Limited Liability,
    Defendants.

Case No: 3:21-cv-09471-SI

**Declaration of Andres Gomez in Response to Order to Show Cause**

Honorable Judge Susan Illston

16
17
18
19
20
21
22
23
24
25
26
27
28

1

**DECLARATION OF ANDRES GOMEZ**

I, Andres Gomez, declare:

1. I am the plaintiff in the above-captioned case. The facts stated below are based upon my personal knowledge, and if called as a witness, I could competently testify thereto.
2. I visited the website for Kieu Hoang Winery in March 2021 while I was physically in the State of California, and also in August 2021, to obtain information about the Winery.
3. I have family in northern California.
4. I am aware that northern California has a wealth of vineyards and wineries.
5. In March 2021, while I was in California, I was making plans and intended to visit family in northern California.
6. As part of this visit, I intended to wine taste and identified Kieu Hoang Winery as a location I was interested in experiencing.
7. I am interested in the process of making wine and have visited numerous wineries in California and Florida.
8. I enjoy purchasing wine as gifts to friends and family.
9. To obtain information about Kieu Hoang Winery, including what might set it apart from other wineries in the area, I visited the Winery's website.
10. However, when I attempted to navigate it, I encountered numerous accessibility design faults that prevented me from navigating the site successfully using SRS.
11. Because of my encounter with and knowledge of the accessibility barriers on the website, I decided not to visit Kieu Hoang Winery and was deterred from doing so.
12. I remain deterred from visiting Kieu Hoang Winery and its website due to the

1 | existing barriers and uncertainty about the existence of yet other barriers.
2 |
3 | I declare under penalty of perjury under the laws of the State of California and
4 | the United States that the foregoing is true and correct.
5 |
6 | Dated: April 8, 2022
7 |
8 | By: *Andres Gomez*
      Andres Gomez
      9AE8FDA50EF78A5B27B95680A20A75A9   readysign

3

Declaration of Andres Gomez                                    Case No.: 3:21-cv-09471-SI